UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual, | Case No. 1:20-cv-01729 DAD JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT (Doc. 7) |
| v. | |
| EL CHILIOTS, et al., | |
| Defendants. | |

The plaintiff reports that he has settled the matter and will seek dismissal of the action soon. (Doc. 7 at 2) Thus, the Court **ORDERS**:

1.    The stipulation to dismiss the action **SHALL** be filed **no later than March 26, 2021**;

2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **February 22, 2021**          **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE