UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual, | Case  No. 1:20-cv-01729 DAD JLT |
| Plaintiff, | ORDER CLOSING THE ACTION<br>(Doc. 7) |
| v. | |
| EL CHILITOS, et al., | |
| Defendants. | |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 9) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **March 9, 2021**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE